AO91 (Rev. 12/03)   Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-05795

Sebastian SAQUIC
IAE
Guatemala 1957

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 08, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Sebastian SAQUIC was encountered by Border Patrol Agents near Hidalgo, Texas on June 8, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on June 8, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Bogle, Lozando   Border Patrol Agent
Signature of Complainant

Bogle, Lozando   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 10, 2018                                                          at   McAllen, Texas
Date                                                                           City/State

Juan F Alanis            Magistrate Judge
Name of Judge          Title of Judge                                   Signature of Judge